1  MICHAEL E. BREWER, Bar No. 177912
   LITTLER MENDELSON, P.C.
2  Treat Towers
   1255 Treat Boulevard, Suite 600
3  Walnut Creek, CA  94597
   Telephone:     925.932.2468
4  Facsimile:     925.946.9809

5  MICHAEL G. LEGGIERI, Bar No. 253791
   LITTLER MENDELSON, P.C.
6  500 Capitol Mall, Suite 2000
   Sacramento, CA  95814
7  Telephone:     916.830.7200
   Facsimile:     916.848.0200

8

9  Attorneys for Defendant
   ADVANCED CALL CENTER TECHNOLOGIES,
   LLC
10

11 DANIEL F. GAINES, Bar No. 251488
   ALEX P. KATOFSKY, Bar No. 202754
   GAINES & GAINES, APLC
12 21550 Oxnard Street, Suite 980
   Woodland Hills, CA 91367
13 Telephone:     818.703.8985
   Facsimile:     818.703.8984

14

15 Attorneys for Plaintiffs
   QUIANNA RAY and MARQUIA TUCKER

16                UNITED STATES DISTRICT COURT

17               EASTERN DISTRICT OF CALIFORNIA

18                    SACRAMENTO DIVISION

19 QUIANNA RAY and MARQUIA          Case No.  2:13-CV-01472 KJM (DAD)
   TUCKER, on behalf of themselves and all
20 others similarly situated, and on behalf of
   the general public,
21                                   **STIPULATION AND ORDER TO STAY
                   Plaintiff,        ALL PROCEEDINGS PENDING FINAL
22                                   APPROVAL OF THE PROPOSED CLASS
                                     ACTION SETTLEMENT IN *CARL, ET AL.
23 v.                                V. ADVANCED CALL CENTER
                                     TECHNOLOGIES, LLC***
24 ADVANCED CALL CENTER
   TECHNOLOGIES, LLC, and DOES 1-50,
25 inclusive,

26                   Defendants.

27

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

Plaintiffs Quianna Ray and Marquia Tucker ("Plaintiffs") and Defendant Advanced Call Center Technologies, LLC ("ACT") (collectively "the Parties"), by and through their counsel of record, hereby stipulate and respectfully request that this action be stayed pending final approval of a proposed class action settlement in the case entitled *Shelley Carl, et al. v. Advanced Call Center Technologies, LLC*, Superior Court for the State of California, Sacramento County, Case No. 34-2013-00148310.  The facts underlying the stipulation and request for a stay are as follows:

## RECITALS

1.      On May 8, 2013, a putative class action lawsuit entitled *Devra Keokongchack v. Advanced Call Center Technologies, LLC*, U.S.D.C. Eastern District of California, Case No. 13cv1385 ("*Keokongchack*"), was filed against ACT.  The *Keokongchack* lawsuit asserts claims for alleged violations of the California Labor Code and California Business & Professions Code.

2.      On June 13, 2013, Plaintiffs filed this lawsuit as a putative class action against ACT. This lawsuit asserts claims for alleged violations of the California Labor Code and California Business & Professions Code.

3.      On July 19, 2013, a putative class action lawsuit entitled *Shelley Carl, et al. v. Advanced Call Center Technologies, LLC*, Superior Court for the State of California, Sacramento County, Case No. 34-2013-00148310 ("*Carl*"), was filed against ACT.  The *Carl* lawsuit asserts claims for alleged violations of the California Labor Code and California Business & Professions Code.

4.      On November 13, 2013, a private mediation was conducted with mediator Michael Dickstein to discuss a potential global resolution of *Keokongchack*, *Carl*, and this lawsuit.

5.      On April 17, 2014, following continued assistance from mediator Michael Dickstein, the named plaintiffs in all three putative class actions and ACT finalized a memorandum of understanding for a proposed class action settlement in *Carl*, subject to approval by the Sacramento Superior Court.

6.      Although ACT has agreed to a proposed class action settlement, ACT does not admit that it engaged in any unlawful conduct.  The Parties agree that the proposed class action settlement shall not be construed as an admission by ACT that it has violated any statute, law, or regulation.

1.

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

ORDER                                                                                    13CV1472

1      7.      Counsel for the named plaintiffs in *Carl* has reserved a hearing date in June 2014 for

2  a motion for preliminary approval of the proposed class action settlement.

3      8.      Plaintiffs have reviewed the terms of the proposed class action settlement in *Carl* and

4  agree that they are fair, adequate, and reasonable.  As a result, Plaintiffs have opted to participate in

5  the proposed class action settlement in *Carl* which, if approved by the Sacramento Superior Court,

6  would resolve and release their claims against ACT that are alleged in this lawsuit.

7      9.      If, for whatever reason, the Sacramento Superior Court does not grant final approval

8  of the proposed class action settlement in *Carl*, and therefore Plaintiffs' claims are not resolved and

9  released through the proposed class action settlement, the Parties wish to maintain the status quo in

10  this action.

11      10.      As of the date of this stipulation, no class has been certified in this action and no

12  notice has been sent to the putative class members.

13      11.      As of the date of this stipulation, all previously set deadlines and hearings, except for

14  the April 18, 2014 deadline to file dispositional documents, have been vacated.

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

2.

ORDER                                                                13CV1472

1

**STIPULATION**

2          Accordingly, the Parties stipulate and respectfully request that this action be stayed pending

3   final approval of the proposed class action settlement in *Shelley Carl, et al. v. Advanced Call Center*

4   *Technologies, LLC*, Superior Court for the State of California, Sacramento County, Case No. 34-

5   2013-00148310.   The Parties will file a joint statement notifying the Court of the status of the

6   proposed class action settlement within three days of the Sacramento Superior Court's ruling on the

7   motion for final approval.

8          **IT IS SO STIPULATED.**

9

10  Dated: April 17, 2014

11                                          /s/ *Michael E. Brewer*
                                            MICHAEL E. BREWER
12                                          MICHAEL G. LEGGIERI
                                            LITTLER MENDELSON, P.C.
13                                          Attorneys for Defendant
                                            ADVANCED CALL CENTER
14                                          TECHNOLOGIES, LLC

15  Dated: April 17, 2014

16

17                                          /s/ *Alex P. Katofsky* [with permission]
                                            DANIEL F. GAINES
18                                          ALEX P. KATOFSKY
                                            GAINES & GAINES, APLC
19                                          Attorneys for Plaintiffs
                                            QUIANNA RAY and MARQUIA TUCKER

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

3.

ORDER                                                           13CV1472

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

## ORDER

Good cause appearing, the Parties' stipulation for a stay pending final approval of the proposed class action settlement in *Shelley Carl, et al. v. Advanced Call Center Technologies, LLC*, Superior Court for the State of California, Sacramento County, Case No. 34-2013-00148310, is **GRANTED**.  The Parties are directed to file a joint statement notifying the Court of the status of the proposed class action settlement within three days of the Sacramento Superior Court's ruling on the motion for final approval.

**IT IS SO ORDERED**.

Dated:  April 29, 2014.

_____

UNITED STATES DISTRICT JUDGE

4.